IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  :
UNITED STATES OF AMERICA                          :
                                                  : CASE NO.   5:05 CR 131
                                   Plaintiff      :
                                                  :
                   -vs-                           :
                                                  :
JAMIE MOORE                                       : ORDER ACCEPTING PLEA AGREEMENT
                                                  : AND JUDGMENT AND NOTICE OF
                                   Defendant      : HEARING
------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

        This case is before the Court on a Report and Recommendation filed by United

States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing

and plea agreement of Jamie Moore which was referred to the Magistrate Judge with

the consent of the parties.

        On 16 March 2005, the government filed a three-count indictment against Jamie

Moore for conspiracy to possess with the intent to distribute and distribution of a

controlled substance in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C.

§ 841(b)(1)(C) and 18 U.S.C. § 2.  On 14 April 2005, a hearing was held in which Jamie

Moore entered a plea of not guilty before Magistrate Judge Patricia A. Hemann.  On

27 July 2006, Magistrate Judge Baughman received Jamie Moore's plea of guilty and

issued a Report and Recommendation ("R&R") concerning whether the plea should be

accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Jamie Moore is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Jamie Moore is adjudged guilty of Counts One, Eight and Nine in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2.

Sentencing will be:

**31 October 2006 at 4:00 p.m.**

**Courtroom 18-A**
**18th Floor the United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

/s/ Lesley Wells_____
UNITED STATES DISTRICT JUDGE

Dated: 16 August 2006

2